**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CAMILO VILLATORO, on behalf of himself and all other employees similarly situated, Plaintiff<br>v.<br><br>BOUTZ CONSTRUCTION COMPANY AND JOHN BOUTZARELOS, individually, Defendants. | Case No. 15-cv-3181<br><br>Judge Kennelly |

### NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, TO CONVERT TO A DISMISSAL WITH PREJUDICE AS OF NOVEMBER 18, 2015

The Plaintiff, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), the opposing party not having filed an Answer, respectfully requests that the Court dismiss all causes of action and this case in its entirety, without prejudice, with such dismissal to convert automatically to a dismissal with prejudice on November 18, 2015, absent a motion by Plaintiff to enforce the Parties' settlement of this matter.

Respectfully submitted,

s/ David E. Stevens
David E. Stevens
One of Plaintiff's Attorneys
**CONSUMER LAW GROUP, LLC**
6232 N. Pulaski, Suite 200
Chicago, IL 60646
PHONE: 312-219-6838
dstevens@yourclg.com