## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Camilo Villatoro

                              Plaintiff,

v.                                                         Case No.: 1:15−cv−03181

                                                               Honorable Matthew F. Kennelly

Boutz Construction Company, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 13, 2015:

        MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to plaintiff's notice of voluntary dismissal, the case is dismissed without prejudice. The dismissal will convert to a dismissal with prejudice on 11/18/2015, without the need for a further order of court, unless plaintiff files a motion prior to that date seeking to enforce the parties' settlement. Plaintiff's attorney's motion to withdraw [11] is terminated as moot. The status and motion hearing set for 10/13/2015 is vacated. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.